4 So.2d 925

**Cecil NIX v. STATE.**

8 Div. 191.

Court of Appeals of Alabama.

Oct. 28, 1941.

Wm. Stell, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

4 So.2d 925

**Ed NOLAN, alias J. L. Meyers v. STATE.**

8 Div. 162.

Court of Appeals of Alabama.

Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

1 So.2d 47

**Ed NOLEN v. STATE.**

8 Div. 133.

Court of Appeals of Alabama.

Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

3 So.2d 925

**Gene OLIVER v. STATE.**

6 Div. 738.

Court of Appeals of Alabama.

May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

10 So.2d 58

**Grady OLIVER v. STATE.**

8 Div. 271.

Court of Appeals of Alabama.

June 23, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

5 So.2d 853

**E. J. ORANGE v. STATE.**

3 Div. 835.

Court of Appeals of Alabama.

Jan. 12, 1942.

H. L. Foster, of Montgomery, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.